Thomas D. Rutledge (SBN 200497)
Attorney-at-Law
500 West Harbor Drive, Suite 1113
San Diego, California 92101
Telephone:  (619) 886-7224
Facsimile:   (619) 259-5455

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SEGAL, individually, and on behalf of herself and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>AQUENT LLC, a Massachusetts limited liability company; and DOES 1-50 inclusive,<br><br>Defendants. | Case No.: 18CV0346 LAB JLB<br><br>Judge:        Hon. Larry Alan Burns<br>Courtroom:   14A<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT**<br><br><br>Date Complaint Filed: Nov. 9, 2017<br>Trial Date: June 3, 2019<br>Discovery Cutoff: Nov. 16, 2018 |

TO THE CLERK OF COURT:

Plaintiff Elizabeth Segal, on behalf of herself, the putative Class, Represented Employees, and others similarly situated (collectively, the "Plaintiffs"), and Defendant Aquent LLC (collectively, the "Parties") hereby notify the Court that the Parties, by and through their counsel, have reached an agreement in principle to settle all claims pending in the present litigation. The Parties are in the process of documenting a formal settlement agreement. Plaintiffs anticipate filing a Motion for Preliminary Approval of Class Action Settlement within 60 days.

Dated: November 19, 2018  Very Respectfully,

Law Offices of
Thomas D. Rutledge

By: /s/*Thomas D. Rutledge*
/s/Thomas D. Rutledge
Attorneys for Plaintiffs

**Thomas D. Rutledge**
Attorney-at-Law
500 West Harbor Drive, Suite 1113
San Diego, California 92101
Telephone: (619) 886-7224
Facsimile: (619) 259-5455

# CERTIFICATE OF SERVICE

I, THOMAS D. RUTLEDGE, the undersigned, am employed in the County of San Diego, State of California; I am over the age of 18 and not a party to the within action; my business address is 500 West Harbor Drive, Suite 1113, San Diego, California 92101.

On November 19, 2018, I served the foregoing document(s) described as:

## PLAINTIFFS' NOTICE OF SETTLEMENT

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows: **See Attached List.**

☒ **(BY E-FILE)**   I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the U.S. Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **(FEDERAL)**   I declare I am employed in the office of a member of the bar of this court, at whose direction this service was made.

☒ **(BY MAIL)**   I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in San Diego, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows.  I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ (BY PERSONAL SERVICE)   I caused such envelope to be delivered by hand to the offices of the addressee(s) named in the Service List.

☐ (BY FACSIMILE)   I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed November 19, 2018, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/*THOMAS D. RUTLEDGE*
/s/THOMAS D. RUTLEDGE

# **SERVICE LIST**

Timothy M. Rusche, Esquire
Elizabeth M. Levy, Esquire
Marjorie C. Soto, Esquire
Seyfarth Shaw LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Attorneys for Defendants AQUENT, LLC

**Thomas D. Rutledge**
Attorney-at-Law
500 West Harbor Drive, Suite 1113
San Diego, California 92101
Telephone: (619) 886-7224
Facsimile: (619) 259-5455

- 4 -
PLAINTIFFS' NOTICE OF SETTLEMENT – Case No.: 18CV0346 LAB JLB