**LAW OFFICES OF THOMAS D. RUTLEDGE**
Thomas D. Rutledge (SBN 200497)
500 West Harbor Drive, Suite 1113
San Diego, California 92101
Telephone: (619) 886-7224
Facsimile: (619) 259-5455

Attorneys for Plaintiff

**SEYFARTH SHAW LLP**
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
601 S. Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

**SEYFARTH SHAW LLP**
Olivia J. Wada (SBN 317153)
owada@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
AQUENT LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SEGAL, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AQUENT LLC, a Massachusetts limited liability company; SCOUT EXCHANGE, LLC, a Delaware limited liability company; JOHN CHUANG, an individual; DOUG KAPLAN, an individual; CHERYL KING, an individual; KEN LAZARUS, an individual; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:18-cv-00346-LAB-JLB<br><br>**JOINT STIPULATION OF DISMISSAL OF CLAIMS OF NON-REMOTE EMPLOYEES WITHOUT PREJUDICE**<br><br>Complaint Filed: November 9, 2017<br>1AC Filed: January 9, 2018<br>2AC Filed: April 4, 2018 |

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD:**
3      Plaintiff Elizabeth Segal ("Plaintiff") and Defendant Aquent LLC ("Aquent")
4  (collectively, the "Parties"), by and through their counsel of record, jointly submit this
5  Stipulation and Proposed Order to Dismiss All Claims of Non-Remote Employees
6  Without Prejudice.
7                          **JOINT STIPULATION**
8      WHEREAS, Plaintiff has evaluated her claims and has decided not pursue any
9  claims against current and former non-remote employees in the above-captioned action.
10      WHEREAS, in the interest of judicial economy, the Parties agree that the dismissal
11  of these claims will narrow the scope of the litigation.
12      NOW, THEREFORE, Plaintiff and Aquent hereby agree and stipulate to dismiss
13  all claims asserted on behalf of current and former non-remote employees in the above-
14  captioned action without prejudice, with each party to bear its own attorneys' fees and
15  costs.
16  **IT IS SO STIPULATED.**

DATED: December 18, 2018         Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/Timothy M. Rusche
Timothy M. Rusche
Olivia J. Wada
Attorneys for Defendant
AQUENT LLC

DATED: December 18, 2018         Respectfully submitted,

LAW OFFICES OF THOMAS D. RUTLEDGE

By: /s/Thomas D. Rutledge
Thomas D. Rutledge
Attorneys for Plaintiff
ELIZABETH SEGAL

## **ATTESTATION**

I, Tim Rusche, attest that concurrence in the filing of this Motion has been obtained from each of the other signatories.

By: */s/ Timothy M. Rusche*
Timothy Rusche