# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SEGAL, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AQUENT, INC., a Massachusetts corporation, et al.,<br><br>Defendants. | CASE NO. 18cv346-LAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 61]** |

Pursuant to the parties' stipulation, the Court **GRANTS** the parties' joint motion to dismiss claims on behalf of all current and former non-remote employees. All claims asserted on behalf of current and former non-remote employees in this action are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: December 19, 2018

*Larry A. Burns*

**H**ONORABLE **L**ARRY **A**LAN **B**URNS
United States District Judge