# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SEGAL, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AQUENT, INC., a Massachusetts corporation, et al.,<br><br>Defendants. | CASE NO. 18cv346-LAB (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND [Dkt. 63]** |

In February 2018, Defendants removed this case from San Diego County Superior Court to the Southern District of California. The parties have now filed a joint motion to remand the case back to state court. Dkt. 63. That motion is **GRANTED** and this case is **REMANDED** to San Diego County Superior Court. The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 9, 2019

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -